NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PRINTING TEXTILES, LLC, dba Berger Textiles,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

———————————

2023-1576

———————————

Appeal from the United States Court of International Trade in No. 1:23-cv-00056-TCS, Senior Judge Timothy C. Stanceu.

———————————

**O R D E R**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                        PRINTING TEXTILES, LLC v. US

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

June 15, 2023                        /s/ Jarrett B. Perlow
    Date                             Jarrett B. Perlow
                                     Acting Clerk of Court

**ISSUED AS A MANDATE:** June 15, 2023